**UNITED STATES of America, Plaintiff–Appellee**

v.

**David DELACRUZ, also known as David De–La–Cruz, Defendant–Appellant.**

**No. 07–50650 Conference Calendar.**

United States Court of Appeals, Fifth Circuit.

April 15, 2008.

Joseph H. Gay, Jr., Assistant U.S. Attorney, U.S. Attorney's Office, Western District of Texas, San Antonio, TX, for Plaintiff–Appellee.

Brian R. Pollard, Baker, Hancock & Pollard, Waco, TX, for Defendant–Appellant.

Before PRADO, OWEN, and SOUTHWICK, Circuit Judges.

PER CURIAM: *

David Delacruz appeals his guilty plea conviction for possession with intent to distribute methamphetamine and aiding and abetting and possession of a firearm in furtherance of a drug trafficking crime and aiding and abetting. He argues that the district court erred in denying his motion to suppress evidence. Delacruz's voluntary and unconditional guilty plea waived all nonjurisdictional defects that occurred

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

prior to the plea. *See United States v. Lampazianie,* 251 F.3d 519, 525 (5th Cir. 2001). Accordingly, the argument is waived and the conviction is AFFIRMED.